# UNITED STATES DISTRICT COURT
for the

United States of America
v.

Austin Robert Drummond

*Defendant(s)*

Case No. 1:25-cr-10063-STA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  07/30/2025  in the county of  Lake  in the  Western  District of  District , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

Please also see the attached affidavit of DUSM Darrel Weldon.

☑ Continued on the attached sheet.

*Complainant's signature*

Darrel Weldon, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/01/2025

**s/Jon A. York**
*Judge's signature*

City and state: Jackson, TN

Jon A. York U.S. Magistrate Judge
*Printed name and title*