## AFFIDAVIT OF U.S. MARSHAL SERVICE

### Deputy U.S. Marshal Darrel Weldon

### Western District of Tennessee

I, Darrel Weldon, being duly sworn, state:

1. I am a Deputy with the United States Marshal Service (USMS) assigned to the Western District of Tennessee, Jackson Division. I have been a Deputy U.S. Marshal since 2017 and I am currently assigned to the Western District of Tennessee, Memphis, Tennessee. As such, I am a criminal investigator and law enforcement officer of the United States within the meaning of Title 28, United States Code 556(e)(1)(b), that is, and officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 28, United States code 556(e)(1)(b) the authority to pursue non-federal fugitives. I have been assigned investigations involving the apprehension of violent fugitives. I have arrested numerous individuals for outstanding warrants consisting of charges of homicide, drug violations, aggravated assault, weapons and firearm violations and federal and state probation violations. During those investigations I have conducted physical surveillance and witness interviews resulting in information to continue the investigations.

2. In connection with my official duties, I have received information from the Tennessee Bureau of Investigations concerning their investigation of T.C.A. 39-13-202 First Degree Murder, T.C.A. 39-17-1307 Unlawful Possession of a Weapon, T.C.A. 39-13-304 Aggravated Kidnapping, T.C.A. 39-17-1324 Possession of a Firearm During the Commission of a Dangerous Felon committed by Austin Drummond. The investigation in part includes information developed by Deputy U.S. Marshals, U.S. Marshal Task Force Officers, Tennessee Bureau of Investigations, and other state and local officers.

3. On or about 30 July 2025 law enforcement officials identified Austin Drummond as the suspect who committed four counts of First Degree Murder. This homicide occurred in Lake County, Tennessee which is located on the Western District of Tennessee. Information obtained during the investigation indicates Austin Drummond possibly fled the state of Tennessee and crossed the state line boundaries.

4. Austin Drummond has active warrants for T.C.A. 39-13-202 First Degree Murder, T.C.A. 39-17-1307 Unlawful Possession of a Weapon, T.C.A. 39-13-304 Aggravated Kidnapping, T.C.A. 39-17-1324 Possession of a Firearm During the Commission of a Dangerous Felon.

5. Based on information developed by investigators with the U.S. Marshal Service, U.S. Marshal Service Task Force Officers, Tennessee Bureau of Investigations and other state and local officers it is believed that Austin Drummond possibly fled the state of Tennessee in violation of Title 18 United States Code 1073, Unlawful Flight to Avoid Prosecution.

Further your affiant sayeth not.

DARREL WELDON
Deputy U.S. Marshal

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone. At Jackson, Tennessee, this 01 day of August 2025.

s/Jon A. York

JON A. YORK
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE